# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 24-mj-79-01-TSM |
| WHITE IPHONE 7 AND A BLACK IPHONE 13 LOCATED AT THE PORTSMOUTH POLICE DEPARTMENT IN PORTSMOUTH, NEW HAMPSHIRE | ) ) ) | |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference)

located in the _____ District of __New Hampshire__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. s. 841 | Distribution and Possession with Intent to Distribute Controlled Substances |
| 21 U.S.C. s. 843 | Unlawful use of a Communications Facility |
| 21 U.S.C. s. 846 | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substanc |

The application is based on these facts:
Affidavit in Support for Application for Search Warrant, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ David McGucking
*Applicant's signature*

David McGuckin, DEA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ *(specify reliable electronic means)*.

Date: **Apr 19, 2024**

*Judge's signature*

City and state: Concord, New Hampshire

**Talesha L. Saint-Marc, US Magistrate Judge**
*Printed name and title*